IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO   02-06882

IN THE MATTER OF:                    :
                                     :
  JUAN J. MARTES ORTIZ               :    ˉCASE NO. 02-
  MINERVA ALVIRA TORRES              :
  DBA SPECIALTIES COMPRESSORS        :      Chapter 13
                                     :
    Debtor(s)                        :
                                     :

NOTICE OF FILING PETITION IN BANKRUPTCY UNDER CHAPTER 13
AND OF AUTOMATIC STAY OF SUITS

        You are hereby notified that the above named Debtor has
filed a petition under Chapter 13 of Title 11 United States Code on
__JUN 2 7 2002_____.

        Pursuant to the provisions of 11 USC 362, the filing of
the petition by the above-named debtor operates as a stay of the
commencement or continuation of any court or other proceeding
against the debtor, of the enforcement of any judgment against him,
of any act or the commencement or continuation of any court
proceeding to enforce any lien on the property of the debtor, and
of any court proceeding commenced for the purpose of rehabilitation
of the debtor or the liquidation of his estate.

        Your are further notified that under Bankruptcy Code, 11
USC 1301, a creditor may not act, or commence or continue any civil
action, to collect all or any part of a consumer debt of the debtor
from any individual that is liable of such debt with the debtor.

        This notice is sent to you by order of the United States
Bankruptcy Judge.

        San Juan, Puerto Rico, this      JUN 2 7 2002

                              CELESTINO MATTA- MENDEZ, CLERK
                              UNITED STATES BANKRUPTCY COURT

                        by: _____

6882 (a)

(Official Form 1) (9/97)

FORM B1  UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

## Voluntary Petition

| NAME OF DEBTOR (if individual, enter Last, First Middle): | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle): |
|---|---|
| *MARTES ORTIZ, JUAN J.* | *ALVIRA TORRES, MINERVA* |

| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (include married, maiden, and trade names): | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS (include married, maiden, and trade names): |
|---|---|
| *AKA JOSE JUAN MARTE ORTIZ*<br>*DBA SPECIALTIES COMPRESSORS*<br>*(FROM 04/99 TO PRESENT)* | *NONE* |

02 - 06882

| SOC. SEC./TAX I.D. NO. (if more than one, state all): | SOC. SEC./TAX I.D. NO. (if more than one, state all): |
|---|---|
| *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* | *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* |

| STREET ADDRESS OF DEBTOR: | STREET ADDRESS OF JOINT DEBTOR: |
|---|---|
| *BO CHUPACALLOS, SEC LAS QUINTAS*<br>*CARR 3 KM 3 HM 2*<br>*CEIBA PR  00735*        Ph: | *BO CHUPACALLOS, SEC LAS QUINTAS*<br>*CARR 3 KM 3 HM 2*<br>*CEIBA PR  00735* |

| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: |
|---|---|
| *CEIBA PR  00735* | *CEIBA PR  00735* |

| MAILING ADDRESS OF DEBTOR: | MAILING ADDRESS OF JOINT DEBTOR: |
|---|---|
| *PO BOX 1783*<br>*CEIBA PR  00735-1783* | *PO BOX 1783*<br>*CEIBA PR  00735-1783* |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above):
*NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply) | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| [X] Individual(s)      [ ] Railroad<br>[ ] Corporation     [ ] Stockbroker<br>[ ] Partnership     [ ] Commodity Broker<br>[ ] Other _____ | [ ] Chapter 7    [ ] Chapter 11   [X] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |

| NATURE OF DEBTS (Check one box) | FILING FEE (Check one box) |
|---|---|
| [X] Consumer/Non-Business      [ ] Business | [X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3. |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. S101<br><br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. S1121(e) (Optional) | |

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NO. OF CREDITORS:   [X] *1-15*
ESTIMATED ASSETS (thousands): [X] *$100,001 to $500,000*
ESTIMATED DEBTS (thousands):  [X] *$100,001 to $500,000*

(Official Form 1) (9/01)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): JUAN J. MARTES ORTIZ<br>MINERVA ALVIRA TORRES<br>DBA SPECIALTIES COMPRESSORS |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Juan J. Mart_
Signature of Debtor

X _Minerva Alvira Torres_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date  06/27/02

**Signature of Attorney**

X _signature_
Signature of Attorney for Debtor(s)
ANGEL M. EGOZCUE
Printed Name of Attorney for Debtor(s)
SAME
Firm Name
PO BOX 366087
Address  SAN JUAN PR 00936-6087
USDC-PR 20568 / (787) 781-5635
Telephone Number
FAX (787) 793-8935
Date 06/27/02

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _signature_  06/27/02
Signature of Attorney for Debtor(s)   Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re  *JUAN J. MARTES ORTIZ*                          Case No. *02–*
       *DBA SPECIALTIES COMPRESSORS*                    Chapter *13*
          and
       *MINERVA ALVIRA TORRES*
_____/ Debtors
Attorney for Debtor: Angel M. Egozcue

**STATEMENT Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:
1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
    a) For legal services rendered, or to be rendered in contemplation of
       and in connection with this case . . . . . . . . . . . . . . . . . . . . . $ 1,500.00
    b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . . . .      0.00
    c) Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1,500.00

3.  The Filing Fee *has been paid*.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the
        debtor(s) in determining whether to file a petition under Title 11, U.S.C.
    b)  Preparation and filing of the petition, schedules, statement of affairs and other
        documents required by the court.
    c)  Representation of the debtor(s) at the first meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings,
    wages and compensation for services performed, and
        *none other.*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid
    balance remaining, if any, will be from earnings, wages and compensation for services
    performed, and *none other.*

7.  The undersigned has received no transfer, assignment or pledge of property except the
    following for the value stated:
        *None.*

8.  The undersigned has not shared or agreed to share with any other entity, other than
    with members of the undersigned's law firm, any compensation paid or to be paid except
    as follows: *None.*

Dated: *06/27/02*                          Respectfully submitted,

                          Attorney for Petitioner: *Angel M. Egozcue*
                                                   *PO BOX 366087*
                                                   *SAN JUAN PR   00936–6087*
                                                   *USDC–PR 205608 / (787)781–5635*

In re: *JUAN J. MARTES ORTIZ and*
*MINERVA ALVIRA TORRES* _____ / Debtors   Case No. 02–

| | LIST OF CREDITORS | PAGE 1 OF 1 |
|---|---|---|
| **Creditor Name and Address** | **Date Claim was Incurred Consideration for Claim** | **Claim Amount and Notes*** |

1. Account No. 581–41–0350
   POPULAR FINANCE, INC.
   PO BOX 336090
   PONCE PR  00733–6090

   1999
   PERSONAL LOAN

   $ 1,763.36
   *Joint Debt

   LCDA JANET VILLANUEVA SANCHEZ   Representing: POPULAR FINANCE, INC.
   PO BOX 331751
   PONCE PR  00733–1751

2. Account No. 015835300587005
   THE ASSOCIATES
   PO BOX 1616
   BAYAMON PR  00959–1616

   1999
   PERSONAL LOAN

   $ 621.34
   *Joint Debt

3. Account No. 270144231
   R & G MORTGAGE CORP.
   PO BOX 362394
   SAN JUAN PR  00936–2394

   05/12/99
   Mortgage
   PRIMARY RESIDENCE LOCATED AT:
   BO CHUPACALLOS, SEC LAS QUINTAS,
   CARR 3 KM 3 HM 2, CEIBA PR  00735
   Value: $ 190,000.00

   $ 137,176.14
   *Joint Debt

   HEBERTO J. DE VIZCARRONDO, ESQ.   Representing: R & G MORTGAGE CORP.
   PO BOX 195389
   SAN JUAN PR  00919–5389

4. Account No. 583–84–0202
   DEPARTAMENTO DE HACIENDA
   PO BOX 9024140
   SAN JUAN PR  00902–4140

   2001
   INCOME TAX

   $ 1,166.83
   *Joint Debt

5. Account No. 583–84–0202
   INTERNAL REVENUE SERVICE
   PO BOX 57
   BENSALEM, PA  19020

   2000
   1040PR

   $ 1,652.77
   *Joint Debt

6. Account No. JUAN J MARTES ORTIZ
   ASUME
   PO BOX 486
   HUMACAO PR  00792–0486

   2001
   Child support

   $ 6,490.00
   *Joint Debt

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re  *JUAN J. MARTES ORTIZ*                              Case No. *02–*
    *DBA SPECIALTIES COMPRESSORS*              Chapter *13*
      and
    *MINERVA ALVIRA TORRES*

_____ / Debtors

Attorney for Debtor: Angel M. Egozcue

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $ 190,000.00 | | |
| B – Personal Property | Yes | 4 | $ 30,860.00 | | |
| C – Property Claimed As Exempt | Yes | 1 | | | |
| D – Creditor Holding Secured Claims | Yes | 1 | | $ 137,176.14 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 3 | | $ 9,309.60 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 2,384.70 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 2 | | | $ 3,059.00 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,589.00 |

Total Number of sheets in ALL Schedules > __16__

Total Assets > $ __220,860.00__

Total Liabilities > $ __148,870.44__

In re: *JUAN J. MARTES ORTIZ and*
    *MINERVA ALVIRA TORRES* _____ / Debtors    Case No. *02–*

## SCHEDULE A — REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| *PRIMARY RESIDENCE LOCATED AT:  BO CHUPACALLOS, SEC LAS QUINTAS, CARR 3 KM 3 HM 2, CEIBA PR  00735* | | J | $ 190,000 | $ 137,176 |
| | Total | | $ 190,000 | |

LIQUIDATION VALUE COMPUTATION:

| | |
|---|---|
| VALUE OF PRIMARY RESIDENCE | $ 190,000.00 |
| LESS MORTGAGE WITH R & G MORTGAGE | (137,176.14) |
| EQUITY | $  52,823.86 |
| EXEMPTION PER 11USC522 (d)(1)(5) | (  36,700.00) |
| | $  16,123.86 |
| PLUS ITEMS #1, #2, #23, & #27 ON SCHEDULE B | 15,760.00 |
| LIQUIDATION VALUE | $  31,883.86 |

In re: *JUAN J. MARTES ORTIZ and*
    *MINERVA ALVIRA TORRES* _____ / Debtors  Case No. *02–*

## SCHEDULE B – PERSONAL PROPERTY

| Description of Property | Location at home: | BO CHUPACALLOS, SEC LAS QUINTAS CARR 3 KM 3 HM 2 CEIBA PR 00735 | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|---|
| 1. Cash on hand. *CASH* | | | J | $ 20 |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. *SAVINGS ACCOUNT #30258 AT COOP ROOSEVELT ROAD* | | | J | $ 3,000 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. [x] NONE | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. *LIVING ROOM SET ($700), TV ($300), STEREO ($175), STOVE ($50), REF ($100), VCR ($75), MICROWAVE ($100), WASHER ($200), 4 BEDROOM SETS ($1,000), FAN ($50), COMPUTER ($1,000), DINING ROOM SET ($800)* | | | J | $ 4,550 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. [x] NONE | | | | |
| 6. Wearing apparel. *CLOTHING* | | | J | $ 1,500 |
| 7. Furs and jewelry. [x] NONE | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. [x] NONE | | | | |
| 9. Interests in insurance policies. [x] NONE | | | | |
| 10. Annuities. [x] NONE | | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. [x] NONE | | | | |

In re: *JUAN J. MARTES ORTIZ and*
       *MINERVA ALVIRA TORRES*                      / Debtors    Case No. *02–*

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses.<br>[x] NONE | | | |
| 13. Interests in partnerships or joint ventures.<br>[x] NONE | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments.<br>[x] NONE | | | |
| 15. Accounts receivable.<br>[x] NONE | | | |
| 16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.<br>[x] NONE | | | |
| 17. Other liquidated debts owing debtor including tax refunds.<br>[x] NONE | | | |
| 18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.<br>[x] NONE | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.<br>[x] NONE | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims.<br>[x] NONE | | | |
| 21. Patents, copyrights, and other intellectual property.<br>[x] NONE | | | |
| 22. Licenses, franchises, and other general intangibles.<br>[x] NONE | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories.<br>*1992 MAZDA PICKUP* | | J | $ 5,000 |

In re: *JUAN J. MARTES ORTIZ and*
      *MINERVA ALVIRA TORRES* _____ / Debtors   Case No. *02–*

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| *1989 CHEVROLET ASTRO VAN* | | J | $ 4,000 |

24. Boats, motors, and accessories.
    [x] NONE

25. Aircraft and accessories.
    [x] NONE

26. Office equipment, furnishings, and supplies.
    [x] NONE

27. Machinery, fixtures, equipment, and supplies used in business.
    *EQUIPMENT INVENTORY*                                    J      $ 12,790

28. Inventory.
    [x] NONE

29. Animals.
    [x] NONE

30. Crops — growing or harvested.
    [x] NONE

31. Farming equipment and implements.
    [x] NONE

32. Farm supplies, chemicals, and feed.
    [x] NONE

33. Other personal property of any kind not already listed.
    [x] NONE

                                                    Total      $ 30,860

RE:  JUAN J. MARTES ORTIZ                         CASE NO. 02
     MINERVA ALVIRA TORRES
     DBA SPECIALTIES COMPRESSORS

EQUIPMENT & MERCHANDISE INVENTORY
AS OF 05/31/02

| DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|
| SAN BLASTING MACHINE | 1 | $3,000 | $3,000 |
| PULLER SETS | 3 | 500 | 1,500 |
| A/C COMPRESSOR | 1 | 300 | 300 |
| VACUUM PUMP | 1 | 600 | 600 |
| ALL SIZES CUPS SET | 1 | 500 | 500 |
| ACETYLENE EQUIPMENT | 1 | 700 | 700 |
| CRANE | 1 | 200 | 200 |
| WIND MACHINE | 1 | 1,000 | 1,000 |
| COIL MOLD | 1 | 1,000 | 1,000 |
| ESTATORE CLEANING MACHINE | 1 | 2,000 | 2,000 |
| ELECTRIC POWER PLANT | 2 | 350 | 700 |
| NAIL AIR GUN | 1 | 200 | 200 |
| OIL PUMP | 1 | 100 | 100 |
| LIFTER 1 1/2 TON | 2 | 225 | 450 |
| PRESSURE GAUGE SET | 3 | 80 | 240 |
| NITROGEN PRESSURE REGULATOR | 1 | 300 | 300 |
| TOTAL | | | $12,790 |

In re: *JUAN J. MARTES ORTIZ and*
_MINERVA ALVIRA TORRES_____ / Debtors   Case No. *02-*

### SCHEDULE C — PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(1): Exemptions provided in 11 USC 522(d).

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** *PRIMARY RESIDENCE LOCATED AT: BO CHUPACALLOS, SEC LAS QUINTAS, CARR 3 KM 3 HM 2, CEIBA PR 00735* | 11 USC 522(d)(1)(5) | $ 36,700 | $ 190,000 |
| **Household goods and furnishings** *LIVING ROOM SET ($700), TV ($300), STEREO ($175), STOVE ($50), REF ($100), VCR ($75), MICROWAVE ($100), WASHER ($200), 4 BEDROOM SETS ($1,000), FAN ($50), COMPUTER ($1,000), DINING ROOM SET ($800)* | 11 USC 522(d)(3) | $ 4,550 | $ 4,550 |
| **Wearing apparel** *CLOTHING* | 11 USC 522(d)(3) | $ 1,500 | $ 1,500 |
| **Automobiles, trucks, trailers, etc, and accessories** *1992 MAZDA PICKUP* | 11 USC 522(d)(2) | $ 2,775 | $ 5,000 |
| *1989 CHEVROLET ASTRO VAN* | 11 USC 522(d)(2) | $ 2,775 | $ 4,000 |
| **Machinery, fixtures, equipment, and supplies** *EQUIPMENT INVENTORY* | 11 USC 522(d)(6) | $ 3,500 | $ 12,790 |

In re: *JUAN J. MARTES ORTIZ and*
_____ *MINERVA ALVIRA TORRES* _____ / Debtors   Case No. *02–*

### SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

| | Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|---|
| 1. | Account No. 270144231<br>R & G MORTGAGE CORP.<br>PO BOX 362394<br>SAN JUAN PR  00936–2394 | 05/12/99<br>Mortgage<br>PRIMARY RESIDENCE LOCATED AT:<br>BO CHUPACALLOS, SEC LAS QUINTAS,<br>CARR 3 KM 3 HM 2, CEIBA PR  00735<br>Value: $ 190,000.00 | $ 137,176.14 | $ 0.00<br>*Joint Debt |
| | HEBERTO J. DE VIZCARRONDO, ESQ.   Representing: R & G MORTGAGE CORP.<br>PO BOX 195389<br>SAN JUAN PR  00919–5389 | | | |

No continuation sheets attached                Subtotal:   $ 137,176.14
                                               Total:   $ 137,176.14

In re: *JUAN J. MARTES ORTIZ and*
  *MINERVA ALVIRA TORRES* _____ / Debtors    Case No. *02–*

### SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[ ] Debtor has no creditors holding unsecured priority claims to report on this
Schedule E.

TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs
after the commencement of the case but before the earlier of the appointment of a
trustee or the order for relief.  11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay
owing to employees and commissions owing to qualifying independent sales
representatives up to $4000* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately
preceding the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against
the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of
property or services for personal, family, or household use, that were not delivered
or provided.  11 U.S.C. S507(a)(6).

[X] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or
support, to the extent provided in 11 U.S.C. S507(a)(7).

[X] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental
units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift
Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve
System, or their predecessors or successors, to maintain the capital of an insured
depository institution.  11 U.S.C. S507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter
  with respect to cases commenced on or after the date of adjustment.

2 Continuation sheets attached

In re: *JUAN J. MARTES ORTIZ and*
    *MINERVA ALVIRA TORRES*          / Debtors   Case No. *02-*

**SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**
         **PRIORITY TYPE:** Taxes and Certain Other Debts Owed to Governmental Units

| | Creditor Name and Address | Claim Date and Consideration | Claim Amount | Amount with Priority and Notes* |
|---|---|---|---|---|
| 2. | Account No.  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<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN PR  00902-4140 | 2001<br>INCOME TAX | $ 1,166.83 | $ 1,166.83<br>*Joint Debt |
| 3. | Account No.  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<br>INTERNAL REVENUE SERVICE<br>PO BOX 57<br>BENSALEM, PA  19020 | 2000<br>1040PR | $ 1,652.77 | $ 1,652.77<br>*Joint Debt |

Continuation sheet no. 2 of 2               Subtotal:   $ 2,819.60
                                       Total:   $ 9,309.60

In re: *JUAN J. MARTES ORTIZ and*
       *MINERVA ALVIRA TORRES* _____ / Debtors    Case No. *02–*

### SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### PRIORITY TYPE: Debts for Child Support or Alimony

| | Creditor Name and Address | Claim Date and Consideration | Claim Amount | Amount with Priority and Notes* |
|---|---|---|---|---|
| 1. | Account No. JUAN J MARTES ORTIZ<br>ASUME<br>PO BOX 486<br>HUMACAO PR   00792–0486 | 2001<br>Child support | $ 6,490.00 | $ 6,490.00<br>*Joint Debt |

Continuation sheet no. 1 of 2              Subtotal:       $ 6,490.00

In re: *JUAN J. MARTES ORTIZ and*
    *MINERVA ALVIRA TORRES*                                          / Debtors     Case No. *02–*

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1. Account No. 581–41–0350<br>POPULAR FINANCE, INC.<br>PO BOX 336090<br>PONCE PR  00733–6090 | 1999<br>PERSONAL LOAN | $ 1,763.36<br>*Joint Debt |
|     LCDA JANET VILLANUEVA SANCHEZ    Representing: POPULAR FINANCE, INC.<br>    PO BOX 331751<br>    PONCE PR  00733–1751 | | |
| 2. Account No. 015835300587005<br>THE ASSOCIATES<br>PO BOX 1616<br>BAYAMON PR  00959–1616 | 1999<br>PERSONAL LOAN | $ 621.34<br>*Joint Debt |

No continuation sheets attached                          Subtotal:     $ 2,384.70
                                                         Total:     $ 2,384.70

In re: *JUAN J. MARTES ORTIZ and*
      *MINERVA ALVIRA TORRES* _____ / Debtors   Case No. *02-*

### SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
| --- | --- |

[X] No executory contracts or unexpired leases.

In re: *JUAN J. MARTES ORTIZ and*
     *MINERVA ALVIRA TORRES*         / Debtors    Case No. *02–*

## SCHEDULE H – CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |

[X] Debtor has no codebtors.

In re: *JUAN J. MARTES ORTIZ and*
    *MINERVA ALVIRA TORRES*                / Debtors     Case No. *02–*

## SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Married*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|------|-----|--------------|
| LEIKA L. MARTES MARRERO | 20Y | DAUGHTER |
| LEISHNA M. MARTES MARRERO | 15Y | DAUGHTER |
| CARLOS ESCOBAR ALVIRA | 15Y | STEPSON |
| PABLO S. MARTES ALVIRA | 11Y | SON |
| JESUS D. MARTES ALVIRA | 09Y | SON |
| ALBERTO J. ALVIRA | 06Y | STEPSON |
| MINERVARIE MARTES ALVIRA | 04Y | DAUGHTER |

EMPLOYMENT:

| | DEBTOR | SPOUSE |
|------|--------|--------|
| Occupation: | REFRIGERATION TECHNICIAN | HOUSEWIFE |
| Name of Employer: | SELF–EMPLOYED | N/A |
| How Long Employed: | 3 YEARS | N/A |
| Employer Address: | N/A | N/A |
| | N/A | |

| | DEBTOR | SPOUSE |
|------|--------|--------|
| INCOME: | | |
| Current monthly gross wages, salary, and commissions | $ 0.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other: | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 3,059.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 3,059.00 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 3,059.00 | |

In re: *JUAN J. MARTES ORTIZ and*
_____*MINERVA ALVIRA TORRES*_____/ Debtors    Case No. *02–*

### SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:
   NONE

IN RE:  JUAN J. MARTES ORTIZ                          CASE NO. 02-
        MINERVA ALVIRA TORRES
        DBA SPECIALTIES COMPRESSORS

### AVERAGE MONTHLY INCOME STATEMENT
### AS OF 05/31/02

GROSS INCOME                                          $4,769

LESS OPERATING EXPENSES

|                         |        |          |
|-------------------------|--------|----------|
| UTILITIES               | $137   |          |
| PATENTS                 | 94     |          |
| PROFESSIONAL SERVICES   | 300    |          |
| AUTO EXPENSES           | 287    |          |
| OTHER EXPENSES          | 160    |          |
| TAXES                   | 732    | ( 1,710) |

NET INCOME                                            $3,059

Schedule I-Current Income Page 3 of 3

In re: *JUAN J. MARTES ORTIZ and*
        *MINERVA ALVIRA TORRES* _____ / Debtors   Case No. *02-*

## SCHEDULE J—CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
    household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,110.73 |
| Are real estate taxes included?   Yes x   No___ | |
| Is property insurance included?   Yes x   No___ | |
| Utilities: Electricity and heating fuel | $ 70.00 |
|       Water and sewer | $ 38.00 |
|       Telephone | $ 40.00 |
|       Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 50.00 |
| Food | $ 500.27 |
| Clothing | $ 100.00 |
| Laundry and Dry cleaning | $ 0.00 |
| Medical and Dental expenses | $ 70.00 |
| Transportation (not including car payments) | $ 60.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|       Homeowner's or renter's | $ 0.00 |
|       Life | $ 0.00 |
|       Health | $ 0.00 |
|       Auto | $ 0.00 |
|       Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ 0.00 |
| Installment payments:(Do not list payments to be included in the plan) | |
|       Auto | $ 0.00 |
|       Other 1992 & 1989 AUTOS MAINTENANCE & LICENSE PLATES | $ 50.00 |
| Alimony, maintenance, and support paid to others | $ 500.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm | |
| (attach detailed statement) | $ 0.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 2,589.00 |

FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | |
|---|---:|
| A. Total projected monthly income | $ 3,059.00 |
| B. Total projected monthly expenses | $ 2,589.00 |
| C. Excess income (A minus B) | $ 470.00 |
| D. Total amount to be paid into plan Monthly | $ 470.00 |

Form B6 Cont. (6-90)                     Julius Blumberg, Inc. N Y C 10013

In re:    JUAN J. MARTES ORTIZ                                    Debtor(s)      Case No. 02—
          MINERVA ALVIRA TORRES
          DBA SPECIALTIES COMPRESSORS                                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____17_____ sheets, and that
they are true and correct to the best of my knowledge, information, and belief.                    (Total shown on summary page plus 1.)

Date    06/27/02                              Signature: _____
                                                                           Debtor

Date    06/27/02                              Signature: _____
                                                                   (Joint Debtor, if any)

                                              (If joint case, both spouses must sign.)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re  *JUAN J. MARTES ORTIZ*                                              Case No. *02–*
       *DBA SPECIALTIES COMPRESSORS*                              Chapter *13*
          and
       *MINERVA ALVIRA TORRES*
_____/ Debtors

Attorney for Debtor: Angel M. Egozcue

STATEMENT OF FINANCIAL AFFAIRS

1. Income from Employment or Operation of Business.

     State the gross amount of income the debtor has received from employment, trade, or
profession, or from operation of the debtor's business from the beginning of this calendar
year to the date this case was commenced. State also the gross amounts received during the
two years immediately preceding this case calendar year.

     *DEBTOR'S INCOME*
     Income, year to date: *$23,845.00 AS OF 05/31/02*
                Last year: *$42,600.00 2001 ($14,230.00 NET INCOME)*
                Year before: *$46,895.00 2000 ($10,456.00 NET INCOME)*
                Source(s): *GROSS INCOME*

_____

2. Income other than from Employment or Operation of Business.

     State the amount of income received by the debtor other than from employment, trade,
profession, or operation of the debtor's business during the two years immediately
preceding the commencement of this case.

     [X] None

_____

3. Payments to Creditors.

     a. List all payments on loans, installments, purchases of goods or services, and
other debts, aggregating more than $600 to any creditor, made within 90 days immediately
preceding the commencement of this case.

     [X] None

_____

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

Case title: *POPULAR FINANCE, INC. VS. MINERVA ALVIRA TORRES, JUAN J. MARTES Y LA SOC LEGAL DE GAN COMP POR AMBOS*
Case #: *CMC02-11*
Court/Agency location: *CEIBA MUNICIPAL COURT*
Nature of proceeding: *COLLECTION OF MONEY*
Suit status: *PENDING HEARING*

Case title: *R & G MORTGAGE CORPORATION VS JUAN JOSE MARTES ORTIZ Y SU ESPOSA MINERVA ALVIRA TORRES Y LA SOCIEDAD LEGAL DE GANANCIALES CONSTITUIDA POR ESTOS*
Case #: *NSCI2002-00444(302)*
Court/Agency location: *FAJARDO SUPERIOR COURT*
Nature of proceeding: *COLLECTION OF MONEY & MORTGAGE EXECUTION*
Suit status: *PENDING HEARING*

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

5. Repossessions, Foreclosures and Returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

[X] None

6. Assignments and Receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

[X] None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

[X] None

7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

[X] None

8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

[X] None

9. Payments Related to Debt Counseling or Bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

[X] None

10. Other Transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

[X] None

11. Closed Financial Accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

[X] None

12. Safe Deposit Boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

[X] None

13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

[X] None

14. Property held for Another Person.

     List all property owned by another person that the debtor holds or controls.

                    Owner: *CARMEN TORRES SANTIAGO*
                  Address: *BRISAS DE CEIBA, 63 CALLE 2, CEIBA PR   00735*
              Description: *1989 CHEVROLET ASTRO VAN*
                    Value: *$4,000.00*
                 Location: *BO CHUPACALLOS, SEC LAS QUINTAS, CARR 3 KM 3 HM 2,*
                           *CEIBA PR   00735*

---

15. Prior Address of Debtor.

     If the debtor has moved within the two years immediately preceding the commencement
of this case, list all premises which the debtor occupied during that period and vacated
prior to the commencement of this case.

     [X] None

---

16. Nature, Location and Name of Business.

     a. If the debtor is an individual, list the names and addresses of all businesses in
which the debtor was an officer, director, partner, or managing executive of a
corporation, partnership, sole proprietorship, or was self-employed professional within
the two years immediately preceding the commencement of this case, or in which the debtor
owned 5 percent or more of the voting or equity securities within the two years
immediately preceding the commencement of this case.

     b. If the debtor is a partnership, list the names and addresses of all businesses in
which the debtor was a partner or owned 5 percent or more of the voting securities, within
two years immediately preceding the commencement of this case.

     c. If the debtor is a corporation, list the names and addresses of all businesses in
which the debtor was a partner or owned 5 percent or more of the voting securities within
two years immediately preceding the commencement of this case.

Debtor is: Individual/Joint.

                 Business: *SPECIALTIES COMPRESSORS*
                  Address: *BO CHUPACALLOS, SEC LAS QUINTAS, CARR 3 KM 3 HM 2,*
                           *CEIBA PR   00735*
       Nature of business: *REFRIGERATION*
        Date of operation: *FROM 04/99 TO PRESENT*

---

## 17. Books, records and financial statements.

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

[X] None

---

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

[X] None

---

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

Name: *JUAN J. MARTES ORTIZ*
Address: *BO CHUPACALLOS, SEC LAS QUINTAS, CARR 3 KM 3 HM 2,*
*CEIBA PR  00735*
Unavailable records: *N/A*

---

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

[X] None

---

## 18. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

Last inventory date: *05/31/02*
Supervisor: *JUAN J. MARTES ORTIZ*
Inventory value: *$12,790.00*
Valuation basis: *EQUIPMENT AT NET BOOK VALUE*

Prior inventory date: *NONE*
Supervisor: *N/A*
Inventory value: *N/A*
Valuation basis: *N/A*

---

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

Last inventory date: *05/31/02*
Custodian of records: *JUAN J. MARTES ORTIZ*
           Address: *BO CHUPACALLOS, SEC LAS QUINTAS, CARR 3 KM 3 HM 2, CEIBA PR   00735*

Prior inventory date: *NONE*
Custodian of records: *N/A*
           Address: *N/A*

---

## 19. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

[X] None

---

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

[X] None

---

## 20. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

[X] None

---

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

[X] None

---

## 21. Withdrawals from a Partnership or Distributions by a Corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during one year immediately preceding the commencement of this case.

[X] None

_____

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I DECLARE UNDER PENALTY THAT I HAVE READ THE ANSWERS CONTAINED IN THE FOREGOING STATEMENT OF FINANCIAL AFFAIRS AND ANY ATTACHMENTS THERETO AND THAT THEY ARE TRUE AND CORRECT.

DATE: _____06/27/02_____         SIGNATURE: _____
                                                                    DEBTOR

DATE: _____06/27/02_____         SIGNATURE: _____
                                                                    SPOUSE'S

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY. FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO 5 YEARS OR BOTH. 18 U.S.C. SECS. 152 AND 3571.

02-06882

CHAPTER 13 TRUSTEE
PO BOX 70370
SAN JUAN PR   00936

US DEPARTMENT OF JUSTICE
OFFICE OF THE US TRUSTEE
F. DEGETAU FED BLDG ROOM 638
CHARDON AVE,HATO REY PR 00918

JUAN J. MARTES ORTIZ
MINERVA ALVIRA TORRES
PO BOX 1783
CEIBA PR   00735-1783

Angel M. Egozcue, Esq.
PO BOX 366087
SAN JUAN PR   00936-6087
USDC-PR 205608 / (787)781-5635

ASUME
PO BOX 486
HUMACAO PR   00792-0486

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR   00902-4140

INTERNAL REVENUE SERVICE
PO BOX 57
BENSALEM, PA   19020

HEBERTO J DE VIZCARRONDO, ESQ.
PO BOX 195389
SAN JUAN PR   00919-5389

R & G MORTGAGE CORP.
PO BOX 362394
SAN JUAN PR   00936-2394

LCDA JANET VILLANUEVA SANCHEZ
PO BOX 331751
PONCE PR   00733-1751

POPULAR FINANCE, INC.
PO BOX 336090
PONCE PR   00733-6090

THE ASSOCIATES
PO BOX 1616
BAYAMON PR   00959-1616

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF PUERTO RICO

02 - 06882

IN THE MATTER OF:

JUAN J. MARTES ORTIZ
MINERVA ALVIRA TORRES
DBA SPECIALTIES COMPRESSORS

CASE NUMBER_____02-_____

CHAPTER  13

DEBTOR
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### *NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY UNDER CHAPTER 13*

Upon the filing of the instant petition, the items checked were not submitted to the Court:

[   ] **Signature (Upon filing)**

[   ] **Master address list (Upon filing)**

[   ] **Diskette (Upon filing)**

[   ] **List of creditors (Upon filing)**

[   ] **Social Security Number and/or Employer ID Number (Upon filing)**

[   ] **Statement disclosing compensation paid or to be paid to the attorney for the debtor**
Must be submitted upon filing or within 15 days or any other date set by the Court. 11 U.S.C.§329 and Rule 2016 (b), Fed.R Bankr.P.

[   ] **Chapter 13 Plan** (Must be submitted with the petition or within 15 days Rule 3015) Fed.R Bankr.P.

[   ] **Schedules** (Must be submitted with the petition or within 15 days)

[   ] **Statement of financial affairs** (Official Form 7)
(Must be submitted with the petition or within 15 days . Rule 1007 (b) & (c)

You are hereby notified that upon failure to file any of the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

In San Juan, Puerto Rico, this _____ JUN 2 7 2002 _____.

BY ORDER OF THIS COURT
CELESTINO MATTA-MENDEZ

By: _____
Deputy Clerk