**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE:

JUAN J. MARTES ORTIZ
MINERVA ALVIRA TORRES

BK. CASE # 02—

CHAPTER 13        02 - 06882

DEBTOR(S)

---

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _06/27/02_          ☐ AMENDED PLAN DATED: _____
☒ PRE ☐ POST-CONFIRMATION          FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ _470.00_ x _51_ = $23,970.00
$ _____ x _____ = _____
$ _____ x _____ = _____
$ _____ x _____ = _____
$ _____ x _____ = _____
                    TOTAL = $23,970.00

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____
☐ Other: _____
_____
_____

Periodic Payments to be made other than, and in addition to the above.
$ _____ x _____ = _____

### PROPOSED BASE: $ 23,970.00

### III. ATTORNEY'S FEES

(Treated as § 507 Priorities)
Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement:        $ 1,500.00

Signed: _[signature]_
                                    DEBTOR
_[signature] Minerva Alvira Tavs_
                                    JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

**A.** ADEQUATE PROTECTION PAYMENTS CR _N/A_ $ _____
**B.** SECURED CLAIMS.
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. _R&G MORTGAGE_   Cr. _____   Cr. _____
# _270144231_        #            #
$ _7,997.60_ +       $ _____     $ _____
$350.00 ATTY FEES
2. ☐ Trustee pays IN FULL Secured Claims
Cr. _____           Cr. _____   Cr. _____

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. _____           Cr. _____   Cr. _____
#                    #            #
$                    $            $

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ OTHER: _____

6. ☒ Debtor Otherwise maintains regular payments directly to:
_R&G MORTGAGE_

**C.** PRIORITIES. The Trustee shall pay priorities in accordance with the law.
ASUME      (11 U.S.C. § 507 and § 1322 (a)(2)   HACIENDA $1,166.83
$6,490.00                                        IRS      $1,652.77
**D.** UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____           Cr. _____   Cr. _____
#                    #            #
(b) ☐ Other: _____

2.    Unsecured Claims otherwise receive PRO-RATA disbursements
PLAN 100% PLUS 6% SIMPLE INTEREST PER ANNUM TO GU

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
LV = $31,883.86 LESS PRIORITIES    GU = $2,384.70
$9,309.60 = $22,574.26 NET

ANGEL M. EGOZCUE, ESQ.
PO Box 366087
San Juan, P.R. 00936-6087
Tels. 791-5535 ● Fax 793-8935

ATTORNEY FOR DEBTOR: _____          Phone: _____

JUN 0 1 2002