UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JUAN J MARTES ORTIZ
MINERVA ALVIRA TORRES

DEBTOR(S)

CASE NO. 02-06882-G

CHAPTER 13

NOTICE OF CONTINUANCE
341 MEETING OF CREDITORS FOR SPECIAL CASES

TO ALL PARTIES IN INTEREST:

THE section 341 meeting of creditors scheduled for Tue Aug 06, 2002 at 8:00 AM has been continued to Fri Sep 20, 2002 at 10:00 AM at Ochoa Bldg.,Tanca St.,1FL.,Comercio St. Entrance, San Juan,PR 00901.

In San Juan, Puerto Rico this, _01_ day of _August_, 2002.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per updated address list.

Jose R. Carrion - Chapter 13 Trustee
P.O Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535
Fax  (787) 977-3551

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR | 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR | 00901 |
| *ANGEL M EGOZCUE*<br>PO BOX 366087<br>SAN JUAN PR | 00936 | *DEPARTMENT OF TREASURY*<br>FAVOR NO USAR ESTE NUMERO<br>USE NUM. DEPENDIENDO TYPE | 00000 |
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA<br>PDA 27 1/2 P DE LEON OFIC 914<br>SAN JUAN PR | 00918 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00918 |
| RG MORTGAGE CORPORATION<br>PO BOX 362394<br>SAN JUAN, PR | 00936 | HERIBERTO J VIZCARRONDO<br>PO BOX 195389<br>SAN JUAN PR | 00919 |
| DEPARTAMENTO DE HACIENDA<br>BOX 9024140<br>SAN JUAN PR | 00902 | INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA BLDG. RM.914<br>PONCE DE LEON AVE. STOP 27 1/2<br>SAN JUAN, PUERTO RICO | 00918 |
| ASUME<br>PO BOX 71414<br>SAN JUAN, PR | 00936 | PR FINANCE GROUP<br>PO BOX 191731<br>SAN JUAN PR | 00000 |
| LCDA JANET VILLANUEVA SANCHEZ<br>PO BOX 331751<br>PONCE PR | 00733 | ASSOCIATES FINANCE-BANKRUPTCY<br>PO BOX 1616<br>BAYAMON, PR | 00960 |
| US DEPARTMENT OF JUSTICE<br>OFFICE OF THE TRUSTEE<br>OCHOA BULD 3TH FLOOR SUITE 301<br>500 TANCA ST | 00902 | | |
| JUAN J MARTES ORTIZ and MINERVA ALVIRA TORRES<br>PO BOX 1783<br>CEIBA PR | 00735 | | |

DATED: August 1, 2002

OLGA SOSA
OFFICE OF THE CHAPTER 13 TRUSTEE

PAGE 1 OF 1 — CASE NO. 02-06882-G