11/7/02

TO: UNITED STATES BANKRUPTCY COURT DISTRICT OF PUERTO RICO

**1341 MEETING MINUTES AND TRUSTEE'S RECOMMENDATION FOR CONFIRMATION!**

DEBTOR NAME: JUAN J MARTES ORTIZ  
MINERVA ALVIRA TORRES  
CASE NO. 02-06882-G  
TAPE NO. _____ TIME: _____

1) DEBTOR(S):  
   __ PRESENT  ✓ NOT PRESENT

   *ANGEL M EGOZCUE*  
   ATTORNEY FOR DEBTOR

2) DEBTOR(S) EXAMINED UNDER OATH:  
   __ YES  ✓ NO

6) PLAN: DATED Thu Jun 27, 2002  
   BASE $ 23,970.00  
   ✓ HAS BEEN FILED  
   __ HAS NOT BEEN FILED

3) DEBTOR'S ATTORNEY:  
   __ PRESENT _____  
   ✓ NOT PRESENT

7) MEETING: __ CLOSED Sep. 20"02/10:00AM  
   ✓ CONTINUED TO:  
   __ NOT HELD

4) COMPLETED SCHEDULE:  
   ✓ FILED  __ NOT FILED

8) FIRST PAYMENT DUE: Fri Jul 26, 2002  
   __ TENDERED AT 341 MEETING  
   __ EVIDENCE SHOWN  OK

5) CREDITORS:  
   ✓ NOT PRESENT  
   __ PRESENT _____

9) DEBTOR ATTORNEY R2016(b) STATEMENT  
   ✓ HAS BEEN FILED  
   __ HAS NOT BEEN FILED

10) LIQUIDATION VALUE $ TBD

============================================================

**TRUSTEE'S RECOMMENDATION FOR CONFIRMATION**  
CONF. DATE Thu Nov 07, 2002  TIME  2:30 PM

[ ] FAVORABLE AT 341                                            [✓] UNFAVORABLE

[ ] FEASIBILITY 11 USC SEC 1325(A)(6)  
[ ] UNFAIR DISCRIMINATION SEC 1322(b)  
[ ] FAILS DISPOSIBLE INCOME TEST  
[ ] INSUFFICIENTLY FUNDED SEC 1325(b)  
[ ] FAIL CREDITOR'S BEST INTEREST TEST SEC 1325(a)(4)  
[ ] AMENDED PLAN, [ ] AMENDED SCHEDULES _____  
[ ] NEED TO PROVIDE: [ ] INSURANCE OR [ ] AMOUNT OF PREMIUM  
[ ] CHANGE [ ] STATE / [ ] ADDRESS [ ] SOCIAL SECURITY _____  
[ ] BUSINESS: [ ] MONTHLY REPORTS _____

MOTION TO DISMISS (MTD):  
[ ] 10 DAYS IF NO PAYMENT    [ ] NO SHOW    [ ] NO PAYMENTS

COMMENTS: _____  
Special cases

_____  
TRUSTEE OR PRESIDING OFFICER

August 6, 2002  
DATE