IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARTES ORTIZ, JUAN
ALVIRA TORRES, MINERVA
H/N/C SPECIALTIES COMPRESORS
    Debtor(s)

CASE NO. 02-06882 GAC

CHAPTER 13

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

NOW COMES creditor R & G Mortgage Corp., represented by the undersigned attorney to state as follows:

That pursuant to the provisions of Rule 9010(b) of the Rules of Bankruptcy Procedure, the appearing party notifies that it has retained the legal services of the undersigned counsel whose address is:

>   **CARDONA JIMENEZ LAW OFFICE**
>   P.O. Box 195079
>   San Juan, P.R. 00919-5079
>   Tel: 753-1303, 764-8006/Fax: 756-5355

**WHEREFORE** appearing party prays that the Clerk of the Court take notice of the appearance of the undersigned and to notify appearing counsel of all proceedings in this case, including but not limited to with copies of the petition, schedules and statements filed or to be filed in the above captioned case and further prays that his name and address be added to the Master Address List kept in the above captioned case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date I have caused to be served by regular mail copy of the foregoing document to Debtor(s) Counsel at his address on record and to Chapter 13 Trustee, P.O. Box 9023884, Old San Juan Station, San Juan, PR 00902.

In San Juan, Puerto Rico on the ___th day of _____, 2002.

**CARDONA-JIMENEZ LAW OFFICE**
Attorney for R & G Mortgage Corp.
P.O. Box 195079
San Juan, P.R. 00919-5079
Tel: 753-1303, 764-8006/Fax: 756-5355

By: _____
JOSE F. CARDONA JIMENEZ
USDC PR # 124504

By: _____
JORGE A. RODRIGUEZ FRATICELLI
USDC PR # 125103