IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MARTES ORTIZ, JUAN J
ALVIRA TORRES, MINERVA

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
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

    Debtor(s)

CASE NO. 02-06882 GAC

Chapter 13

## NOTICE OF HEARING

A hearing will be held at the United States Bankruptcy Court, U.S Post Office & Courthouse Building, 300 Recinto Sur, Suite 109, San Juan, Puerto Rico on **March 6, 2003 at 8:30 a.m.** to consider the following:

CONFIRMATION HEARING

and transact such other business as may properly come before the hearing.

    San Juan, Puerto Rico, this 25 day of October, 2002.

                               CELESTINO MATTA-MENDEZ
                               Clerk of the Court

                               By: Vivianne Calderon
                                   Deputy Clerk

cc: All creditors
    Opening

