UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: JUAN J MARTES ORTIZ
MINERVA ALVIRA TORRES

DEBTOR(S)

BK. CASE # 02-06882 GAC

CHAPTER 13

3/6/03 - 8:30 Am

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: NOV 06 '02
FILED BY ☑ DEBTOR ☐ TRUSTEE ☑ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 470 x 60 = 28,200
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = 28,200

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____
☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 28,200

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,500
b. Additional Fees: $ _____
c. Adjusted Balance $ _____

Signed: _____
DEBTOR

_____
JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
  ☑ Debtor represents no secured claims.
  ☐ Creditors having secured claims will retain their liens and shall be paid as follows:
  1. ☑ Trustee pays secured ARREARS:
  Cr. REG    Cr. ___    Cr. ___
  # CLAIM # (4)   # ___   # ___
  $ 7,200   $ ___   $ ___

  2. ☑ Trustee pays IN FULL Secured Claims
  Cr. M. BERRIOS   Cr. ___   Cr. ___
  # CLAIM # (2)   # ___   # ___

  3. ☐ Trustee pays VALUE OF COLLATERAL
  Cr. ___   Cr. ___   Cr. ___
  # ___   # ___   # ___
  $ ___   $ ___   $ ___

  4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
  CCOP N/C   CCOP R/L
  5. ☐ OTHER: _____
  6. ☑ Debtor Otherwise maintains regular payments directly to:
  REG MORTG

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
    ☐ Paid 100% / ☐ Other: ___
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
 (b) ☐ Other: ___

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)

NONE

(14)

ATTORNEY FOR DEBTOR: A RSUZULAS   Phone: 781-5635

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JUAN J. MARTES ORTIZ
MINERVA ALVIRA TORRES
Debtors

CASE NO. 02-06882 GAC

CHAPTER 13

## NOTICE OF AMENDED PLAN
### AND CERTIFICATE OF SERVICE

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

Notice is hereby given that debtor has filed the attached amended plan dated Nov. 08, 2002.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that attached amended plan was circulated to José Carrión, Ch. 13 Trustee and to all creditors and parties in interest as per master address list included.

In San Juan, Puerto Rico this 08th. day of November, 2002.

ANGEL M. EGOZCUE LAW OFFICES
P.O. Box 366087
San Juan, P.R. 00936
Tel. 781-5635

By:

Angel L. Medina Arana, Esq.

'02-06882

CHAPTER 13 TRUSTEE
PO BOX 70370
SAN JUAN PR   00936

US DEPARTMENT OF JUSTICE
OFFICE OF THE US TRUSTEE
F. DEGETAU FED BLDG ROOM 638
CHARDON AVE, HATO REY PR 00918

JUAN J. MARTES ORTIZ
MINERVA ALVIRA TORRES
PO BOX 1783
CEIBA PR   00735-1783

Angel M. Egozcue, Esq.
PO BOX 366087
SAN JUAN PR   00936-6087
USDC-PR 205608 / (787)781-5635

ASUME
PO BOX 486
HUMACAO PR   00792-0486

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR   00902-4140

INTERNAL REVENUE SERVICE
PO BOX 57
BENSALEM, PA   19020

HEBERTO J DE VIZCARRONDO, ESQ.
PO BOX 195389
SAN JUAN PR   00919-5389

R & G MORTGAGE CORP.
PO BOX 362394
SAN JUAN PR   00936-2394

LCDA JANET VILLANUEVA SANCHEZ
PO BOX 331751
PONCE PR   00733-1751

POPULAR FINANCE, INC.
PO BOX 336090
PONCE PR   00733-6090

THE ASSOCIATES
PO BOX 1616
BAYAMON PR   00959-1616