# 341 MEETING MINUTES AND TRUSTEE'S RECOMMENDATION FOR CONFIRMATION

DEBTOR NAME: JUAN J MARTES OR MINERVA ALVIRA TORRES

CASE NO. 02-06882-G

RECEIVED AND FILED OSJ DROP BOX
2002 NOV 14 PM 3:39

E NO. IA 0.1   TIME: 8:20am

1) DEBTOR(S):
   ✓ PRESENT  __ NOT PRESENT

*ANGEL M EGOZCUE*
ATTORNEY FOR DEBTOR

2) DEBTOR(S) EXAMINED UNDER OATH:
   ✓ YES  __ NO

6) PLAN: DATED Thu Jun 27, 2002   Nov 8
   BASE $  ~~25,970.00~~  28,200.00
   ✓ HAS BEEN FILED
   __ HAS NOT BEEN FILED

3) DEBTOR'S ATTORNEY:
   ✓ PRESENT  A. Medina
   __ NOT PRESENT

7) MEETING: ✓ CLOSED
   __ CONTINUED TO: _____
   __ NOT HELD

4) COMPLETED SCHEDULE:
   ✓ FILED  __ NOT FILED

8) FIRST PAYMENT DUE: Fri Jul 26, 2002
   __ TENDERED AT 341 MEETING
   ✓ EVIDENCE SHOWN   3/4

5) CREDITORS:
   ✓ NOT PRESENT
   __ PRESENT  RM-Rivera

9) DEBTOR ATTORNEY R2016(b) STATEMENT
   ✓ HAS BEEN FILED
   __ HAS NOT BEEN FILED

10) LIQUIDATION VALUE $ 0

---

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION
CONF. DATE Thu Nov 07, 2002  TIME 2:30 PM

✓ 100%
[✓] FAVORABLE AT 341                                [ ] UNFAVORABLE

[ ] FEASIBILITY 11 USC SEC 1325(A)(6)
[ ] UNFAIR DISCRIMINATION SEC 1322(b)
[ ] FAILS DISPOSABLE INCOME TEST
[ ] INSUFFICIENTLY FUNDED SEC 1325(b)
[ ] FAIL CREDITOR'S BEST INTEREST TEST SEC 1325(a)
[ ] AMENDED PLAN, [ ] AMENDED SCHEDULES _____
[ ] NEED TO PROVIDE: [ ] INSURANCE OR [ ] AMOUNT OF PREMIUM
[ ] CHANGE [ ] STATE / [ ] ADDRESS  [ ] SOCIAL SECURITY _____
[ ] BUSINESS: [ ] MONTHLY REPORTS _____

FAST TRACK
DEC 06 2002
CONFIRMATION HEARING

MOTION TO DISMISS (MTD):
[ ] 10 DAYS IF NO PAYMENT  [ ] NO SHOW  [ ] NO PAYMENTS

COMMENTS: _____

_____
TRUSTEE OR PRESIDING OFFICER

November 8, 2002
DATE