IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MARTES ORTIZ, JUAN J
ALVIRA TORRES, MINERVA

    Debtor(s)

CASE NO. 02-06882 GAC

Chapter 13

ATTY: EGOZCUE

## MINUTES OF HEARING ON CONFIRMATION/RECOMMENDED AT 341

1. Parties present:    ___ Trustee    ___ Debtor(s)

   ___ Debtor's Attorney    ___ No Creditors    ___ Creditors

2. ___ Plan confirmed (date:_____)(Dkt.____)

   ✓ Not confirmed (Reasons: _Docket #6 pending_____)

   ___ Partial confirmation (Date:_____)(Dkt.____)

**ORDER:**

3. ___ Local Bankruptcy Rule 3015 applies.

4. ___ Withdrawal of Objection/MTD(Dkt.___) by _____ is granted.

5. ___ Upon debtor(s) failure to be present at the hearing on confirmation and failure to make current payments to the trustee, **the CASE IS DISMISSED**. The trustee is awarded $65.00 costs. Order in separate document to be entered.

6. ___ **HEARING RESCHEDULED** to: _____

7. ___ Debtor's request for **CONVERSION TO CHAPTER 7** is hereby **Granted.**

8. ___ Debtor's motion requesting **VOLUNTARY DISMISSAL** is hereby **Granted.**

9. ___ Trustee is awarded $65.00 costs.

10. ___ **OTHER:**

GERARDO A. CARLO
U.S. Bankruptcy Judge

Date: 12/06/02

By: Elba Cardona-Marti