IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF            *     CASE NO: 02-06882 (GAC)

MINERVA ALVIRA TORRES     *     CHAPTER 13
JUAN MARTES ORTIZ           *
*************************************************

## MOTION WITHDRAWING OBJECTION
## TO CONFIRMATION OF PLAN

Comes now, secured creditor, Empresas Berrios, Inc., D/B/A Mueblerias Berrios through the undersigned attorney and very respectfully to this Honorable Court requests and prays for the following:

1. On July 30, 2002 we filed a Motion objecting confirmation of debtor's plan because said plan did not include Mueblerias Berrios as a secured creditor and did not provide for payment of such secured debt.

2. Since debtor have filed an amended plan that provides payment in full to Mueblerias Berrios we have no objection to the confirmation of the amended plan dated November 8, 2002.

WHEREFORE, it is respectfully requested that this Honorable Court permits the withdrawal of our motion objecting the confirmation of debtor's plan.

RESPECTFULLY SUBMITTED.

In Cidra, Puerto Rico this 10 day of January, 2003.

CERTIFICATE OF SERVICE: I hereby certify that on this same day a true and exact copy of the present motion was sent by regular mail to Lcdo Jose R.

Carrion Morales, Chapter 13 Trustee, and to debtor's attorney: Lcdo. Angel M. Egozcue, to their address of record.

*(signature)*

Brenda Quiñones-Bayrón, Esq.
USDC 208114
P.O. Box 674, Cidra, PR, 00739
Tel. 653-9393, x-2076/Fax 739-3103