IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JUAN J. MARTES ORTIZ
MINERVA ALVIRA TORRES
Debtors

CASE NO. 02-06882-GAC

CHAPTER 13

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

Come now the above named debtors, through the undersigned counsel, and respectfully represent:

1. Debtors have voluntarily opted to have the instant case dismissed.

2. This case was originally filed and has remained under Ch. 13 all throughout its history, there being no prior conversions from other Chapters.

WHEREFORE, debtors submit this notice of voluntary dismissal of the above captioned Ch. 13 case as a matter of right pursuant to Section 1307(b).

CERTIFICATE OF SERVICE: The undersigned hereby certifies that a true copy of this notice was served by regular mail on this same date to: José R. Carrión, Ch. 13 Trustee, and to all parties in interest as per the attached master address list.

DATED: Mar. 25, 2003

ANGEL M. EGOZCUE LAW OFFICES
P.O. Box 366087
San Juan, P.R. 00936
Tel. 781-5635

By: /s/ Angel L. Medina Arana
Angel L. Medina Arana, Esq.

**02-06882**

CHAPTER 13 TRUSTEE
PO BOX 70370
SAN JUAN PR   00936

US DEPARTMENT OF JUSTICE
OFFICE OF THE US TRUSTEE
F. DEGETAU FED BLDG ROOM 638
CHARDON AVE, HATO REY PR 00918

JUAN J. MARTES ORTIZ
MINERVA ALVIRA TORRES
PO BOX 1783
CEIBA PR   00735-1783

Angel M. Egozcue, Esq.
PO BOX 366087
SAN JUAN PR   00936-6087
USDC-PR 205608 / (787)781-5635

ASUME
PO BOX 486
HUMACAO PR   00792-0486

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR   00902-4140

INTERNAL REVENUE SERVICE
PO BOX 57
BENSALEM, PA   19020

HEBERTO J DE VIZCARRONDO, ESQ
PO BOX 195389
SAN JUAN PR   00919-5389

R & G MORTGAGE CORP.
PO BOX 362394
SAN JUAN PR   00936-2394

LCDA JANET VILLANUEVA SANCHEZ
PO BOX 331751
PONCE PR   00733-1751

POPULAR FINANCE, INC.
PO BOX 336090
PONCE PR   00733-6090

THE ASSOCIATES
PO BOX 1616
BAYAMON PR   00959-1616