IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

**JUAN J MARTES ORTIZ**
**MINERVA ALVIRA TORRES**

Debtor(s)

Case No.: **02-06882 GAC**

Chapter 13

## TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. There is *CAUSE* for this case dismissal as the Debtor(s) is (are) in material default with respect to the terms of the confirmed plan (or proposed plan). As of **March 21, 2003**, the default is equal to **$2,350.00 or 5 month(s).** [11 U.S.C. §1307(c)(6)]

2. There is *CAUSE* for this case dismissal as the above described default constitutes an unreasonable delay prejudicial to creditors. [11 U.S.C. §1307(c)(1)]

**WHEREFORE** the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered for *cause* pursuant to 11 U.S.C. §1307(c)(1) & (c)(6) for the reasons herein set forth.

**30 DAYS NOTICE:** In accordance with local *General Order No. 97-01*, the Debtor(s), all Creditors and Parties in Interest in this case, are hereby notified that unless an opposition to this motion to dismiss is submitted in writing within **30** days from the date appearing in the certificate of service, infra, the Court may grant this motion, or convert the case to a Chapter 7, without a hearing.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on this **same date to:** the DEBTOR(s) and her/his/their attorney, to all Creditors and to all Parties in Interest, to their respective address of record as they appear in the attached Master Address List.

In San Juan, Puerto Rico this _26_ day of _March_, 2003.

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Station,
San Juan, P.R. 00902-3884
Tel (787) 977-3535
FAX (787) 977-3550

By: _____

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR | 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR | 00901 |
| *ANGEL M EGOZCUE*<br>PO BOX 366087<br>SAN JUAN PR | 00936 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00918 |
| RG CORPORATION<br>C/O PROF RESEARCH & COMM SERV<br>BANKRUPTCY DEPT PO BOX 195079<br>SAN JUAN PR | 00919 | R&G MORTGAGE CORPORATION<br>ATT DIVISION LEGAL<br>PO BOX 362394<br>SAN JUAN PR | 00936 |
| HERIBERTO J VIZCARRONDO<br>PO BOX 195389<br>SAN JUAN PR | 00919 | DEPARTAMENTO DE HACIENDA<br>BOX 9024140<br>SAN JUAN PR | 00902 |
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA BLDG. RM.914<br>PONCE DE LEON AVE. STOP 27 1/2<br>SAN JUAN, PUERTO RICO | 00918 | ASUME<br>PO BOX 486<br>HUMACAO PR | 00792 |
| POPULAR FINANCE<br>PO BOX 336090<br>PONCE PR | 00733 | LCDA JANET VILLANUEVA SANCHEZ<br>PO BOX 331751<br>PONCE PR | 00733 |
| ASSOCIATES FINANCE--BANKRUPTCY<br>PO BOX 1616<br>BAYAMON, PR | 00960 | US DEPARTMENT OF JUSTICE<br>OFFICE OF THE TRUSTEE<br>OCHOA BULD 3TH FLOOR SUITE 301<br>500 TANCA ST | 00902 |
| BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN PR | 00936 | EMPRESAS BERRIOS INC.<br>PO BOX 674<br>CIDRA PR | 00739 |
| RG MORTGAGE CORP<br>C/O CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN PR | 00902 | | |
| JUAN J MARTES ORTIZ and MINERVA ALVIRA TORRES<br>PO BOX 1783<br>CEIBA PR | 00735 | | |

DATED: March 26, 2003

ARLENE COLLET
OFFICE OF THE CHAPTER 13 TRUSTEE

PAGE 1 OF 1 — CASE NO. 02-06882-G

19