UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: JUAN J MARTES ORTIZ and MINERVA ALVIRA TORRES
PO BOX 1783
CEIBA PR

CASE No.

00735-1783

02-06882-G
JUDGE: GERARDO A. CARLO

FINAL REPORT AND ACCOUNT

SS#1 - 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
SS#2 - 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

This Case was Commenced on Jun 27, 2002

The Plan was Confirmed on Mar 13, 2003

The Case was Concluded on Jun 2, 2003

THE SUBJECT CASE HAS BEEN VOLUNTARY DISMISSAL AFTER CONF
Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of creditors.
$ 1410.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ASSOCIATES FINANCE-BANKRUPTCY | UNSECURED | 685.03 | .00 | .00 | 685.03 |
| ASUME | CHILD SUP | 6490.00 | .00 | .00 | 6490.00 |
| BANCO SANTANDER DE PR | UNSECURED | 208.56 | .00 | .00 | 208.56 |
| DEPARTAMENTO DE HACIENDA | NOTICE ON | .00 | .00 | .00 | .00 |
| EMPRESAS BERRIOS INC. | SECURED | 1231.82 | .00 | .00 | 1231.82 |
| HERIBERTO J VIZCARRONDO | NOTICE ON | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6407.04 | .00 | .00 | 6407.04 |
| INTERNAL REVENUE SERVICE | UNSECURED | 268.19 | .00 | .00 | 268.19 |
| LCDA JANET VILLANUEVA SANCHEZ | NOTICE ON | .00 | .00 | .00 | .00 |
| POPULAR FINANCE | NOTICE ON | .00 | .00 | .00 | .00 |
| R&G MORTGAGE CORPORATION | NOTICE ON | .00 | .00 | .00 | .00 |
| RG CORPORATION AMENDED BY #7 | MORTGAGE | 7133.89 | .00 | .00 | .00 |
| RG CORPORATION AMENDED BY #7 | PAID DIRE | 144310.03 | .00 | .00 | .00 |

PAGE 1 - CONTINUED ON NEXT PAGE

```
CASE NO. 02-06882-G
DEBTOR(S): JUAN J MARTES ORTIZ and MINERVA ALVIRA TORRES
```

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| RG CORPORATION | MORTGAGE | 7133.89 | .00 | .00 | 7133.89 |
| RG CORPORATION | DIR.-PAY | 144310.03 | .00 | .00 | .00 |
| RG MORTGAGE CORP | NOTICE ON | .00 | .00 | .00 | .00 |
| US DEPARTMENT OF JUSTICE | NOTICE ON | .00 | .00 | .00 | .00 |
| JUAN J MARTES ORTIZ | REFUND | .00 | .00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT ALL | 304119.66 | 12897.04 | 1161.78 | | .00 | 318178.48 | TOTAL PAID PRINCIPAL |
| PRIN PD | .00 | .00 | .00 | | .00 | .00 | AND INT. |
| INT PAID | .00 | .00 | .00 | | | 12897.04 | .00 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
```
        DEBTOR'S ATTORNEY           FEE ALLOWED    FEE PAID
*ANGEL M EGOZCUE*                     1500.00       1297.20
```

COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

| FILING FEE | ADDITIONAL CHARGES | | TRUSTEE | OTHER |
| DEPOSIT | 1% OF RECEIPTS | .25 EA CLAIM OVER 10 | EXP. & COMPENSATION FUND | COST |
|---|---|---|---|---|
| .00 | | .00 | 56.40 / 56.40 | .00   112.80 |

CASE NO. 02-06882-G
DEBTOR(S): JUAN J MARTES ORTIZ and MINERVA ALVIRA TORRES

    I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

    WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

    NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED:

13 JUN 2003

e. Cruz

_____
JOSE R. CARRION, TRUSTEE

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR | 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR | 00901 |
| ANGEL M EGOZCUE*<br>PO BOX 366087<br>SAN JUAN PR | 00936 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00918 |
| G CORPORATION<br>C/O PROF RESEARCH & COMM SERV<br>BANKRUPTCY DEPT PO BOX 195079<br>SAN JUAN PR | 00919 | R&G MORTGAGE CORPORATION<br>ATT DIVISION LEGAL<br>PO BOX 362394<br>SAN JUAN PR | 00936 |
| HERIBERTO J VIZCARRONDO<br>PO BOX 195389<br>SAN JUAN PR | 00919 | DEPARTAMENTO DE HACIENDA<br>BOX 9024140<br>SAN JUAN PR | 00902 |
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA BLDG. RM. 914<br>PONCE DE LEON AVE. STOP 27 1/2<br>SAN JUAN, PUERTO RICO | 00918 | ASUME<br>PO BOX 486<br>HUMACAO PR | 00792 |
| POPULAR FINANCE<br>PO BOX 336090<br>PONCE PR | 00733 | LCDA JANET VILLANUEVA SANCHEZ<br>PO BOX 331751<br>PONCE PR | 00733 |
| ASSOCIATES FINANCE-BANKRUPTCY<br>PO BOX 1616<br>BAYAMON, PR | 00960 | US DEPARTMENT OF JUSTICE<br>OFFICE OF THE TRUSTEE<br>OCHOA BULD 3TH FLOOR SUITE 301<br>500 TANCA ST | 00902 |
| BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN PR | 00936 | EMPRESAS BERRIOS INC.<br>PO BOX 674<br>CIDRA PR | 00739 |
| G MORTGAGE CORP<br>C/O CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN PR | 00902 | | |
| JUAN J MARTES ORTIZ and MINERVA ALVIRA TORRES<br>PO BOX 1783<br>CEIBA PR | 00735 | | |

DATED: June 13, 2003

ELIZABETH CRUZ
OFFICE OF THE CHAPTER 13 TRUSTEE